UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMPUTERSHARE INC., )<br>      Plaintiff )<br>)<br>v. )<br>)<br>KATHYANN PACE, )<br>      Defendant )<br>) | CIVIL ACTION NO. 11-cv-10197-WGY |

**PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR
TEMPORARY RESTRAINING ORDER, WITHOUT PREJUDICE**

Plaintiff Computershare Inc. ("Computershare") hereby moves to withdraw the Motion for Temporary Restraining Order that it filed on February 4, 2011 ("Motion"), see Docket No. 2, without prejudice, as well as all supporting documents, including the Memorandum of Law in Support of the Motion for Temporary Restraining Order, see Docket No. 3, the Declaration of Susan Panzer, see Docket No. 4, the Affidavit of Erik J. Winton, see Docket No. 5, and the Declaration of Sean Tuttle, see Docket No. 6.  In support of its Motion, Plaintiff states as follows:

     1.     Plaintiff filed its Motion on February 4, 2011, after Defendant failed to agree to turn over certain electronic devices in her possession for forensic analysis.

     2.     On February 7, 2011, Plaintiff reversed course and agreed to permit such forensic analysis.

     3.     Accordingly, at least as of now, the Motion has been rendered unnecessary.

WHEREFORE, Computershare prays that the Court:

(i)　　withdraw Document Numbers 2-6; and

(ii)　　grant such other relief as the Court deems just.

>Respectfully submitted,
>
>COMPUTERSHARE INC.,
>By its attorneys,
>
>/s/ Brian M. Childs
>Stephen T. Paterniti, BBO No. 564860
>paternities@jacksonlewis.com
>Erik J. Winton, BBO No. 600743
>wintone@jacksonlewis.com
>Brian M. Childs, BBO No. 662594
>brian.childs@jacksonlewis.com
>JACKSON LEWIS LLP
>75 Park Plaza
>Boston, MA 02116
>(617) 367-0025

Dated: May 4, 2011

## CERTIFICATE OF SERVICE

　　This hereby certifies that on this 4th day of May, 2011, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to any indicated as non-registered participants.

>/s/ Brian M. Childs
>Jackson Lewis LLP

4848-0463-1304, v. 1